**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NANTY FREDERICK, et al.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>APOGEE SECURITY SERVICES LLC,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-721-WSD |

### J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge on the Court's Order directing Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs, having failed to comply, it is

**Ordered and Adjudged** that the action be **dismissed without prejudice** for failure to prosecute pursuant to Local Rule 41.3(3) of this Court and for failure to comply with a lawful order of the Court pursuant to Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia, this 26th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　*s/D. McGoldrick*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 26, 2016
James N. Hatten
Clerk of Court

By: *s/D. McGoldrick*
　　　　Deputy Clerk